(101 So. 330)

**STATE v. James T. DRIVER.** (6 Div. 497.)

(Court of Appeals of Alabama. July 22, 1924.)

Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.

Harwell G. Davis, Atty. Gen., James Davis, Sol. Tenth Judicial Circuit, of Birmingham, and Wm. C. Oates, Executive Officer of State Securities Commission, of Montgomery, for the State.

Weatherly, Birch & Hickman, Nesmith & Garrison, and Black & Harris, all of Birmingham, for appellee.

FOSTER, J. Reversed and remanded, on authority of State v. Skinner, ante, p. 204, 101 South. 327.